**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

****************************************************

**United States**

-V-

**David Motovich**

**26-MJ-130**
_____
**Docket Number**

****************************************************

**SUBMITTED BY**: ☐ Plaintiff ☐ Defendant ☒ DOJ

Name: **Andrew Grubin**
_____

Firm Name: **USAO EDNY**
_____

Address: **271 Cadman Plaza East, Brooklyn, NY**
_____

Phone Number: **718-254-6322**
_____

Email Address: **andrew.grubin2@usdoj.gov**
_____

Return To: **andrew.grubin2@usdoj.gov**
_____

**(Check off only one)**
☒ Sealed Docket Entry and Document (*Entry and Document can only be seen by persons with sealed access. No NEF will be generated.*)
☐ Sealed Document only (*Document text is viewable but the document can only be seen by persons with sealed access. An NEF will be generated.*)
Other Restrictions: ☐ court users only ☒ ex parte ☐ attorneys for the applicable party ☐ case participants

**A)** If pursuant to a prior Court Order:

Docket Number: _____

Judge: _____

Date Entered: _____

**B)** **If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

**Ongoing investigation; affidavit and arrest warrant**

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT**

**DESCRIPTION OF DOCUMENT (*MANDATORY*)**
**Description of document to be entered on docket sheet**

Complaint and Arrest Warrant

████████████████████
_____
**U.S. DISTRICT/ MAGISTRATE JUDGE**

June 30, 2026
_____
**DATED:** **BROOKLYN** , **NEW YORK**

RECEIVED IN CLERK'S OFFICE ON

**06/30/2026**
_____

**CERTIFICATION OF SERVICE**:    (Check one)
**A.)** ☐ A copy of this application either has been or will be promptly served upon all parties to this action;
**B.)** ☐ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation_____; or
**C.)** ☒ This is a criminal document submitted, and flight, public safety, or security are significant concerns.

**6/30/26**
_____
**Date**

*Andrew D Grubin*
_____
**Signature**

*** Filed *** 10:36 AM, 30 Jun, 2026 U.S.D.C., Eastern District of New York